No. 11-5523. Jose Luis Zambrano, Petitioner v. United States.

565 U.S. 912, 132 S. Ct. 324, 181 L. Ed. 2d 201, 2011 U.S. LEXIS 6159.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-5524. Felmon Felton Williams, Petitioner v. Louisiana, et al.

565 U.S. 912, 132 S. Ct. 324, 181 L. Ed. 2d 201, 2011 U.S. LEXIS 5979.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 425 Fed. Appx. 312.

No. 11-5526. Christopher Darnell Stratton, Petitioner v. Texas (five judgments).

565 U.S. 912, 132 S. Ct. 324, 181 L. Ed. 2d 201, 2011 U.S. LEXIS 6143,

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

No. 11-5527. Kim Roger Crawford, Petitioner v. James Hartley, Warden, et al.

565 U.S. 912, 132 S. Ct. 324, 181 L. Ed. 2d 201, 2011 U.S. LEXIS 5855.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5528. Joseph Darvie, Petitioner v. M. Countryman, et al.

565 U.S. 912, 132 S. Ct. 324, 181 L. Ed. 2d 201, 2011 U.S. LEXIS 6141,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 11-5530. Shareef Evans, Petitioner v. New York.

565 U.S. 912, 132 S. Ct. 325, 181 L. Ed. 2d 201, 2011 U.S. LEXIS 6439.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 16 N.Y.3d 571, 925 N.Y.S.2d 366, 949 N.E.2d 457.

No. 11-5531. Jorge Cedeno, Petitioner v. United States.

565 U.S. 912, 132 S. Ct. 325, 181 L. Ed. 2d 201, 2011 U.S. LEXIS 5798.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 644 F.3d 79 and 437 Fed. Appx. 8.

No. 11-5532. Orlando Roman, Petitioner v. Patrick Griffin, Superintendent, Southport Correctional Facility.

565 U.S. 913, 132 S. Ct. 325, 181 L. Ed. 2d 201, 2011 U.S. LEXIS 5953.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.